In the Matter of the Claim of ALEXANDER SAGER, Appellant, *v.* GENERAL ELECTRIC COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

Submitted October 4, 1948; decided November 24, 1948.

*John M. Cullen* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.